# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**ROBERT LEE NEALY,** :
:
  **Petitioner** :
:
    v. : 5:01-CR-24 (WDO)
:
**UNITED STATES OF AMERICA,** :
:
  **Respondent** :

## ORDER

Having carefully considered the Magistrate Judge's Report and Recommendation to deny Nealy's motion that attacks his sentence and conviction, and Nealy's objections to the Recommendation, the Report and Recommendation is adopted and made the order of the Court. Nealy's motion is DENIED.

**SO ORDERED this 8th day of November, 2006.**


**S/**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**