IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MAC ON DIVISION

| ROBERT LEE NEALY, | : | |
| --- | --- | --- |
| Petitioner | : | |
| v. | : | 5:01-CR-24 (WDO) |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | |

**ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation to deny Petitioner's latest motions that attack the validity of his sentence. Having carefully reviewed the Recommendation, and Petitioner's objections thereto, the Recommendation is ADOPTED for the reasons stated therein and made the order of the Court. Petitioner's motions are DENIED as time-barred.

   SO ORDERED this 29th day of May, 2007.


   S/
   WILBUR D. OWENS, JR.
   UNITED STATES DISTRICT JUDGE